NO. 28294

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

LAW LIBRARY

IN THE INTEREST OF N.C., a Minor

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-J NO. 0063855)

ORDER OF CORRECTION
(By: Recktenwald, J., for the court[1])

The dissenting opinion, filed April 19, 2010, shall be corrected as follows:

The words "Amended Complaint" on the fourth line from the bottom of page 5 should be replaced with "amended petition" so that as corrected, the text reads, "The second page of the amended petition states that . . . ."

The Clerk of the Court is directed to make the aforementioned correction to the original dissenting opinion and take all necessary steps to notify the publishing agencies of the correction.

DATED:  Honolulu, Hawai'i, April 26, 2010.

Associate Justice

---

[1] Considered by:  Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.